UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Alexander Aquino                                    Case No.: 22-18011-CLC
                                                             Chapter 13

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the **Emergency Motion**

**for Authority to Incur Postpetition Mortgage Debt and to Purchase Primary**

**Residence** and **Notice of Hearing** was sent to all parties on the attached service list on

July 14, 2026.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Alexander Aquino
7805 NW 27th Ave, Apt 102
Miami, FL 33147-5528

All Creditors on the Matrix

Respectfully submitted:          **Jose A. Blanco, P.A.**
July 14, 2026                     By: */s/ Jose A. Blanco* | FBN: 062449
                                 Attorney for Debtor(s)
                                 102 E 49th ST
                                 Hialeah, FL 33013,
                                 Tel. (305) 349-3463
                                 E-mail: jose@blancopa.com