Label Matrix for local noticing
113C-1
Case 22-18011-CLC
Southern District of Florida
Miami
Tue Jul 14 13:37:36 EDT 2026

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302

Capital One Auto Finance, a division of Capi
P.O. Box 4360
Houston, TX 77210-4360

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850-5298

Checksystems
7805 Hudson Rd
Saint Paul, MN 55125-1594

Child Support Enforcement
PO Box 8030
Tallahassee, FL 32314-8030

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity/MPRC
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)EQUIFAX  INC
1550 Peachtree Street NE
Atlanta, GA 30309

Experian
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013-2002

Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110

Genesis FS Card
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

Honorable Juan Antonio  Tony  Gonzalez
US Attorney for Southern District
99 NE 4 St
Miami, FL 33132-2131

Honorable Merrick Garland
Attorney General
Dept of Justice #4400
950 Pennsylvania Ave NW
Washington, DC 20530-0009

IRS Centralized Bankruptcy Department
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

JetStream FCU
Attn: Bankruptcy
Po Box 5487
Miami Lakes, FL 33014-1487

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LendingClub
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA 94105-2802

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Fund
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108-3007

(p)NEW CREDIT AMERICA
PO BOX 561266
DALLAS TX 75356-1266

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731-3251

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Galaxy International Purchasing LLC
PO Box 788
Kirkland, WA  98083-0788

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

(p)SOUTH BROWARD HOSPITAL DISTRICT
ATTN D/B/A MEMORIAL HEALTHCARE SYSTEM
3111 STIRLING RD
C/O LEGAL DEPARTMENT
HOLLYWOOD FL 33312-6566

Syncb/walmart
P.O. Box 965012
Orlando, FL 32896-5012

Synchrony Bank/Chevron
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Transunion
Attn: Bankruptcy Dept.
P.O. Box 2000
Chester, PA 19016-2000


USAA Federal Savings Bank
Attn: Bankruptcy
9800 Fredricksburg Rd
San Antonio, TX 78288-0002

Valencia Pointe / M Management
7755 NW 27th Ave
Miami, FL 33147-5547

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Fl
Des Moines, IA 50328-0001


Alexander Aquino
7805 NW 27th Ave, Apt 102
Miami, FL 33147-5528

Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013-1853

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027-9806


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Department of the Treasury
PO Box 21126
Philadelphia, PA 19114

Equifax
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374

New Credit America
811 Sw Naito Suite 300
Portland, OR 97204


Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

South Broward Hospital District
3111 Stirling Road
Fort Lauderdale, FL 33312


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Miami

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39